

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-18-00830-CV

Rene **VELA,**
Appellant

v.

**MURPHY EXPLORATION & PRODUCTION COMPANY-USA** and Nabors Drilling
Technologies, Inc.,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-05-12283-DCV-AJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The Appellant's Unopposed First Motion to Extend Time to File Motion for Rehearing is hereby GRANTED. Time is extended to February 12, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court